UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
 BRAULIO THORNE AND ON BEHALF OF              :
 ALL OTHER PERSONS SIMILARLY                  :
 SITUATED,                                    :
                                              :
                           Plaintiff,         :
                                              :
                    -against-                 :
                                              :
                                              :
 FORMULA BOATS NORTHEAST, LLC                 :
                                              :
                           Defendant          :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2019

19-cv-1079 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 20, 2019 (Dkt. 9), the parties notified the Court that they had reached an agreement in principle resolving all issues; and

WHEREAS on March 21 (Dkt. 10), the Court ordered that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on April 22, 2019, unless one or more parties filed a letter before that date requesting that the action not be dismissed; and

WHEREAS no party has filed a letter requesting that this action not be dismissed,

IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

**Date: April 24, 2019**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**